IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, et al., | ) |
|       Plaintiffs, | ) Case No. 1:22-cv-1716/tsc |
| v. | ) |
| U.S. DEPARTMENT OF THE INTERIOR, et al., | ) |
|       Defendants. | ) |

## JOINT REPORT

Pursuant to this Court's November 9, 2022 minute order, all parties have conferred and propose the following briefing schedule to move forward with this case:

> Any motions to dismiss, for judgment on the pleadings, or for severance and/or transfer will be filed by **January 20, 2023**. Defendant-Intervenors intend to file two motions: (1) a motion to dismiss, or if the Court deems it appropriate to convert the motion, a motion for judgment on the pleadings filed by some Defendant-Intervenors; and (2) a motion to sever and transfer filed by some Defendant-Intervenors.
>
> Responses to each such motion are due **March 3, 2023**, including any responses in support of a motion.
>
> Replies in support of each motion will be due **March 24, 2023**, including any reply from Plaintiffs in opposition to any response in support of a motion.

If the Court wishes to hear argument on any motion that is filed, the parties are prepared to appear at the Court's convenience.

In the interest of fostering a timely resolution of this litigation, Federal Defendants are continuing and shall continue to prepare the Administrative Record (AR) during the pendency of any motions that are filed.

As this case is currently postured, the AR will be voluminous. Several factors still pending resolution could significantly affect the size and scope of the AR, including the motions

1

to be filed on January 20, 2023. The parties have made considerable progress and continue to confer in good faith to resolve certain AR matters and how they may ultimately affect the timing of the AR.

Accordingly, the parties propose submitting a jointly-agreed to Tentative AR Schedule by **February 3, 2023**. The Tentative AR Schedule will include proposed dates for completing the AR, a proposed schedule for any AR motion practice, and any agreements regarding the contents of the AR. The parties will then submit a Supplemental Joint Report confirming or, if necessary, updating, the Tentative AR Schedule at the earlier of: (1) within 14 days of the Court's disposition of the last motion to dismiss, for judgment on the pleadings, or for severance and/or transfer if any claims remain in this Court or (2) **May 5, 2023**.

The parties believe the Tentative AR Schedule and Supplemental Joint Report will lead to a more efficient use of Court and party resources in this case.

A Proposed Order is filed with this Joint Report.

Respectfully submitted December 27, 2022.

>/s/ Tannis Fox
>Tannis Fox
>D.D.C. Bar No. NM010
>WESTERN ENVIRONMENTAL LAW CENTER
>409 East Palace Avenue, Suite 2
>Santa Fe, New Mexico 87501
>(505) 629-0732
>fox@westernlaw.org
>
>*Attorneys for Plaintiffs Center for Biological Diversity, WildEarth Guardians, Concerned Citizens for the Future, and New Mexico Interfaith Power and Light*
>
>Todd Kim
>Assistant Attorney General
>Environment and Natural Resources Division
>United States Department of Justice

*/s/ Michael K. Robertson*
Michael K. Robertson
Trial Attorney
Natural Resources Section
P.O. Box 7611
Washington, D.C. 20044
Phone: 202-353-1389 || Fax 202-305-0506
michael.robertson@usdoj.gov

*Counsel for Defendants*


/s/ *Travis Jordan*
Travis Jordan, WSB No. 7-5721
Senior Assistant Attorney General
Wyoming Attorney General's Office
109 State Capitol
Cheyenne, Wyoming 82002
(307) 777-7895 (phone)
(307) 777-3542 (fax)
travis.jordan@wyo.gov

*Attorney for Intervenor-Defendant*
*State of Wyoming*

/s/ *Andrew C. Emrich*
HOLLAND & HART, LLP
Thomas L. Sansonetti (D.C. Bar #949610)
Andrew C. Emrich (*Pro hac vice*)
555 17th Street, Suite 3200
Denver, CO 80202
TLSansonetti@hollandhart.com
ACEmrich@hollandhart.com
Tel: (303) 295-8000

Bryson C. Smith (D.C. Bar #1025120)
645 S. Cache St, Suite 100
P.O. Box 68
Jackson, WY
BCSmith@hollandhart.com
Tel: (307) 739-9741

*Attorneys for Intervenor-Defendant*
*Peak Powder River Resources, LLC*

/s/ Andrew C. Lillie
Andrew C. Lillie
Mark D. Gibson
Holland & Hart LLP
555 17th Street, Suite 3200
Denver, CO 80202
Telephone: (303) 295-8121
Email: aclillie@hollandhart.com
mdgibson@hollandhart.com

/s/ Jessica Black Livingston
Jessica Black Livingston
Hogan Lovells US LLP
1601 Wewatta Street, Suite 900
Denver, CO 80202
Telephone: (303) 454-2433
Email: jessica.livingston@hoganlovells.com

*Attorneys for Intervenor–Defendant*
*Anschutz Exploration Corporation*

/s/ Hadassah M. Reimer
Hadassah M. Reimer (D.D.C. No. WY002)
HOLLAND & HART LLP
P.O. Box 68
Jackson, WY 83001
Telephone: (307) 734-4517
Fax: (307) 739-9544
hmreimer@hollandhart.com

Sarah C. Bordelon (D.C. Bar 987135)
HOLLAND & HART LLP
5441 Kietzke Lane, Suite 200
Reno, NV 89511
Telephone: (775) 327-3011
Facsimile: (775) 786-6179
scbordelon@hollandhart.com

Charles J. Engel, III (D.C. Bar 359482)
Nikesh Jindal (D.C. Bar 492008)
Ani Esenyan (D.C. Bar 1670956)
KING & SPALDING LLP
1700 Pennsylvania Avenue NW
Washington, DC 20006
Telephone: (202) 737-0500
Facsimile: (202) 626-3737

4

tengel@kslaw.com
njindal@kslaw.com
aesenyan@kslaw.com

Catherine E. Stetson (D.C. Bar No. 453221)
Sean Marotta (D.C. Bar No. 1006494)
Dana A. Raphael (D.C. Bar No. 1741559)
HOGAN LOVELLS US LLP
555 Thirteenth Street, N.W.
Washington, D.C. 20004
(202) 637-5491
cate.stetson@hoganlovells.com
smarotta@hoganlovells.com
dana.raphael@hoganlovells.com

*Attorneys for Chevron U.S.A. Inc.*

BROWNSTEIN HYATT FARBER SCHRECK, LLP

By: */s/ Eric Waeckerlin*
Eric Waeckerlin, D.C. Bar No. 977228
410 17th Street, Suite 2200
Denver, CO 80202
Telephone: 303.223.1100
Fax: 303.223.1111
Email: ewaeckerlin@bhfs.com

Affie Ellis, pro hac vice
BROWNSTEIN HYATT FARBER SCHRECK, LLP
1807 Capitol Avenue, Suite 203
Cheyenne, WY 82001
Telephone: 307.263.1327
E-Mail: aellis@bhfs.com

*Attorneys for Defendant-Intervenor Petroleum Association of Wyoming*

/s/ DANIEL S. VOLCHOK
DANIEL S. VOLCHOK (#497341)
WILMER CUTLER PICKERING
 HALE AND DORR LLP

5

1875 Pennsylvania Avenue N.W.
Washington, D.C. 20006
Tel.: (202) 663-6000
Fax: (202) 663-6363

JOHN WALSH (#CO0074)
WILMER CUTLER PICKERING
 HALE AND DORR LLP
1225 Seventeenth Street, Suite 2600
Denver, CO 80209
Tel.: (720) 274-3135
Fax: (720) 274-3133

*Attorneys for Defendant-Intervenors Oxy USA WTP LP, Oxy USA Inc., and Anadarko E&P Onshore LLC*

*/s/ Mark Champoux*
Kathleen C. Schroder (*pro hac vice*)
DAVIS GRAHAM & STUBBS LLP
1550 Seventeenth St., Suite 500
Denver, Colorado 80202
Telephone: 303-892-9400
katie.schroder@dgslaw.com
mark.champoux@dgslaw.com

John Crisham, Bar No. 486491
CRISHAM & HOLMAN LLC
2549 West Main Street, Suite 202
Littleton, Colorado 80120
Telephone: 720-739-2175

*Attorneys for Franklin Mountain Energy, LLC*

Bret Sumner (DC Bar # 464494)
bsumner@bwenergylaw.com
Jim Martin, Pro Hac Vice
jmartin@bwenergylaw.com
Malinda Morain, Pro Hac Vice
mmorain@bwenergylaw.com
BEATTY & WOZNIAK, P.C.
1675 Broadway St., Suite 600
Denver, CO 80202
Telephone: 303-407-4499
Fax: 800-886-6566

*Attorneys for Defendant-Intervenor New Mexico Oil and Gas Association*

*/s/ Steven J. Rosenbaum*
Steven J. Rosenbaum
Bradley K. Ervin
COVINGTON & BURLING, LLP
One CityCenter
850 Tenth St., N.W.
Washington, D.C. 20001
Phone: (202) 662-6000
Fax: (202) 662-6291
srosenbaum@cov.com

*Attorneys for Intervenor-Defendant American Petroleum Institute*

Certificate of Service

I certify that on December 27, 2022, a copy of the foregoing was served by electronic means on all counsel of record by the Court's CM/ECF system.

*/s/ Tannis Fox*
Tannis Fox