IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> U.S. DEPARTMENT OF THE INTERIOR, *et al.*, <br><br> Defendants, <br><br> and <br><br> AMERICAN PETROLEUM INSTITUTE, *et al.*, <br><br> Intervenor-Defendants. | No. 1:22-cv-01716-TSC |

**INTERVENOR-DEFENDANTS' CONSOLIDATED MOTION TO DISMISS**

Intervenor-Defendants American Petroleum Institute, Chevron U.S.A. Inc., New Mexico Oil and Gas Association, Peak Powder River Resources, LLC, Anschutz Exploration Corporation, and Franklin Mountain Energy, LLC respectfully move the Court as follows:

1.  For an order pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(h)(3) dismissing Plaintiffs' Amended Complaint for failure to plausibly allege Article III standing with respect to the Federal Defendants' decisions to approve the challenged Applications for Permit to Drill ("APDs").

2.  For an order pursuant to Federal Rules of Civil Procedure 12(b)(6) and/or 12(c) dismissing Plaintiffs' Claims for Relief with respect to Federal Defendants' decisions to approve the challenged APDs set out in Exhibits A and B to this Motion for failure to comply with the applicable statute of limitations.

1

3. For an order pursuant to Federal Rules of Civil Procedure 12(b)(6) and/or 12(c) dismissing the Amended Complaint due to Plaintiffs' failure first to raise their objections with Federal Defendants.

Intervenor-Defendants further move the Court for such other and further relief that this Court may deem just and proper.

In support of this motion, Intervenor-Defendants submit (a) a memorandum pursuant to Local Civil Rule 7(a); (b) Supporting Exhibits A and B; (c) a Proposed Order; and (d) addenda submitted by Chevron U.S.A. Inc., Anschutz Exploration Corporation, Peak Powder River Resources, LLC, and Franklin Mountain Energy, LLC.

|  | Respectfully submitted, |
|---|---|
| January 20, 2023 | |
| | |
| /s/ Bret Sumner | /s/ Steven J. Rosenbaum |
| Bret Sumner (D.C. Bar # 464494) | Steven J. Rosenbaum (D.C. Bar # 331728) |
| Jim Martin (*Pro Hac Vice*) | Bradley K. Ervin (D.C. Bar. #982559) |
| Malinda Morain (*Pro Hac Vice*) | COVINGTON & BURLING, LLP |
| BEATTY & WOZNIAK, P.C. | One CityCenter |
| 1675 Broadway Street, Suite 600 | 850 Tenth Street, N.W. |
| Denver, CO 80202 | Washington, D.C. 20001 |
| Telephone: (303) 407-4499 | Telephone: (202) 662-6000 |
| Fax: (800) 886-6566 | Fax: (202) 662-6291 |
| bsumner@bwenergylaw.com | srosenbaum@cov.com |
| jmartin@bwenergylaw.com | |
| mmorain@bwenergylaw.com | *Attorneys for Intervenor-Defendant* |
| | *American Petroleum Institute* |
| *Attorneys for Intervenor-Defendant* | |
| *New Mexico Oil and Gas Association* | |
| | |
| /s/ Andrew C. Emrich | /s/ Catherine E. Stetson |
| HOLLAND & HART, LLP | HOGAN LOVELLS US LLP |
| Thomas L. Sansonetti (D.C. Bar #949610) | Catherine E. Stetson (D.C. Bar #453221) |
| Andrew C. Emrich (*Pro Hac Vice*) | Sean Marotta (D.C. Bar #1006494) |
| 555 17th Street, Suite 3200 | Dana A. Raphael (D.C. Bar #1741559) |
| Denver, CO 80202 | 555 Thirteenth Street, N.W. |
| Telephone: (303) 295-8000 | Washington, D.C. 20004 |
| ACEmrich@hollandhart.com | Telephone: (202) 637-5491 |
| TLSansonetti@hollandhart.com | cate.stetson@hoganlovells.com |

Bryson C. Smith (D.C. Bar #1025120)
645 S. Cache Street, Suite 100
P.O. Box 68
Jackson, WY
Telephone: (307) 739-9741
BCSmith@hollandhart.com

*Attorneys for Intervenor-Defendant
Peak Powder River Resources, LLC*


DAVIS GRAHAM & STUBBS LLP

*/s/ Mark Champoux*
Kathleen C. Schroder (*Pro Hac Vice*)
Mark Champoux, Bar No. CO00114
DAVIS GRAHAM & STUBBS LLP
1550 Seventeenth St., Suite 500
Denver, Colorado 80202
Telephone: 303-892-9400
katie.schroder@dgslaw.com
mark.champoux@dgslaw.com

*Attorneys for Franklin Mountain Energy, LLC*


*/s/ Andrew C. Lillie*
HOLLAND & HART LLP
Andrew C. Lillie (D.C. Bar #CO0096)
Mark D. Gibson (D.C. Bar #CO0102)
555 17th Street, Suite 3200
Denver, CO 80202
Telephone: (303) 295-8000
aclillie@hollandhart.com
mdgibson@hollandart.com

*Attorneys for Intervenor-Defendant Anschutz Exploration Corporation*

sean.marotta@hoganlovells.com
dana.raphael@hoganlovells.com

Nikesh Jindal (D.C. Bar #492008)
Charles J. Engel, III (D.C. Bar #359482)
Ani Esenyan (D.C. Bar #1670956)
KING & SPALDING LLP
1700 Pennsylvania Avenue NW
Washington, D.C. 20006
Telephone: (202) 737-0500
Facsimile: (202) 626-3737
tengel@kslaw.com
njindal@kslaw.com
aesenyan@kslaw.com

Hadassah M. Reimer (D.D.C. #WY002)
HOLLAND & HART LLP
P.O. Box 68
Jackson, WY 83001
Telephone: (307) 734-4517
Fax: (307) 739-9544
hmreimer@hollandhart.com

Sarah C. Bordelon (D.C. Bar #987135)
HOLLAND & HART LLP
5441 Kietzke Lane, Suite 200
Reno, NV 89511
Telephone: (775) 327-3011
Fax: (775) 786-6179
scbordelon@hollandhart.com

*Attorneys for Intervenor-Defendant
Chevron U.S.A. Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 20th day of January, 2023, I caused a true and correct copy of the foregoing and all attachments to be filed with the Court electronically and served by the Court's CM/ECF System upon all counsel of record.

<u>/s/ Steven J. Rosenbaum</u><br>
Steven J. Rosenbaum