# Exhibit B

| Number | State | Field Office | Well Name | Well Number | Drilling Permit Approval Date | Complaint Appendix |
|---|---|---|---|---|---|---|
| 1 | New Mexico | Carlsbad | EAGLE 33 FEDERAL COM | 10H | 4/19/2022 | Amend. Compl., Appx. A |
| 2 | New Mexico | Carlsbad | OUTRIDER 28 FED | 502H | 12/2/2021 | Amend. Compl., Appx. A |
| 3 | New Mexico | Carlsbad | OUTRIDER 28 FED | 503H | 12/2/2021 | Amend. Compl., Appx. A |
| 4 | New Mexico | Carlsbad | OUTRIDER 28 FED | 503H | 12/2/2021 | Amend. Compl., Appx. A |
| 5 | New Mexico | Carlsbad | OUTRIDER 28 FED | 501H | 12/2/2021 | Amend. Compl., Appx. A |
| 6 | New Mexico | Carlsbad | OUTRIDER 27 FED | 510H | 12/2/2021 | Amend. Compl., Appx. A |
| 7 | New Mexico | Carlsbad | OUTRIDER 27 FED | 511H | 12/2/2021 | Amend. Compl., Appx. A |
| 8 | New Mexico | Carlsbad | OUTRIDER 27 FED | 509H | 12/2/2021 | Amend. Compl., Appx. A |
| 9 | New Mexico | Carlsbad | OUTRIDER 28 FED | 505H | 12/2/2021 | Amend. Compl., Appx. A |
| 10 | New Mexico | Carlsbad | OUTRIDER 28 FED | 603H | 12/2/2021 | Amend. Compl., Appx. A |
| 11 | New Mexico | Carlsbad | OUTRIDER 28 FED | 504H | 12/10/2021 | Amend. Compl., Appx. A |
| 12 | New Mexico | Carlsbad | OUTRIDER 28 FED | 506H | 12/2/2021 | Amend. Compl., Appx. A |
| 13 | New Mexico | Carlsbad | OUTRIDER 28 FED | 507H | 12/2/2021 | Amend. Compl., Appx. A |
| 14 | New Mexico | Carlsbad | OUTRIDER 28 FED | 602H | 12/2/2021 | Amend. Compl., Appx. A |
| 15 | New Mexico | Carlsbad | TATER TOT 2-35 STATE FED COM | 713H | 9/27/2021 | Amend. Compl., Appx. A |

1

| Number | State | Field Office | Well Name | Well Number | Drilling Permit Approval Date | Complaint Appendix |
|---|---|---|---|---|---|---|
| 16 | New Mexico | Carlsbad | FNR FEDERAL UNIT | 14H | 3/2/2022 | Amend. Compl., Appx. A |
| 17 | New Mexico | Carlsbad | FNR FEDERAL UNIT | 14H | 3/2/2022 | Amend. Compl., Appx. A |
| 18 | New Mexico | Carlsbad | FNR FEDERAL UNIT | 14H | 3/2/2022 | Amend. Compl., Appx. A |
| 19 | New Mexico | Carlsbad | MIDNIGHT HOUR 11 FED COM | 723H | 6/9/2022 | Amend. Compl., Appx. A |
| 20 | New Mexico | Carlsbad | LLAMA MALL 26-35 FEDERAL COM | 313H | 6/3/2022 | Amend. Compl., Appx. A |
| 21 | New Mexico | Carlsbad | LLAMA MALL 26-35 FEDERAL COM | 24H | 6/3/2022 | Amend. Compl., Appx. A |
| 22 | New Mexico | Carlsbad | LLAMA MALL 26-35 FEDERAL COM | 25H | 6/3/2022 | Amend. Compl., Appx. A |
| 23 | New Mexico | Carlsbad | LLAMA MALL 26-35 FEDERAL COM | 26H | 6/3/2022 | Amend. Compl., Appx. A |
| 24 | New Mexico | Carlsbad | BS 33 09 FED STATE COM P1 | 505H | 6/3/2022 | Amend. Compl., Appx. A |
| 25 | New Mexico | Carlsbad | BS 33 09 FED STATE COM P1 | 606H | 6/3/2022 | Amend. Compl., Appx. A |
| 26 | New Mexico | Carlsbad | MALTESE 5-8 FEDERAL COM | 4H | 6/3/2022 | Amend. Compl., Appx. A |
| 27 | New Mexico | Carlsbad | MALTESE 5-8 FEDERAL COM | 1H | 6/3/2022 | Amend. Compl., Appx. A |
| 28 | New Mexico | Carlsbad | DL 10 15 OGOPOGO FED COM | 423H | 3/9/2022 | Amend. Compl., Appx. A |
| 29 | New Mexico | Carlsbad | MALTESE 5-8 FEDERAL COM | 2H | 6/3/2022 | Amend. Compl., Appx. A |
| 30 | New Mexico | Carlsbad | MALTESE 5-8 FEDERAL COM | 3H | 6/3/2022 | Amend. Compl., Appx. A |

| Number | State | Field Office | Well Name | Well Number | Drilling Permit Approval Date | Complaint Appendix |
|---|---|---|---|---|---|---|
| 31 | New Mexico | Carlsbad | MALTESE 5-8 FEDERAL COM | 12H | 6/3/2022 | Amend. Compl., Appx. A |
| 32 | New Mexico | Carlsbad | MALTESE 5-8 FEDERAL COM | 13H | 6/3/2022 | Amend. Compl., Appx. A |
| 33 | New Mexico | Carlsbad | MALTESE 5-8 FEDERAL COM | 11H | 6/3/2022 | Amend. Compl., Appx. A |
| 34 | New Mexico | Carlsbad | MALTESE 5-8 FEDERAL COM | 6H | 6/3/2022 | Amend. Compl., Appx. A |
| 35 | New Mexico | Carlsbad | OUTRIDER 28 FED | 604H | 12/2/2021 | Amend. Compl., Appx. A |
| 36 | New Mexico | Carlsbad | YUKON 20 FED COM | 104H | 12/10/2021 | Amend. Compl., Appx. A |
| 37 | New Mexico | Carlsbad | YUKON 20 FED COM | 103H | 12/10/2021 | Amend. Compl., Appx. A |
| 38 | New Mexico | Carlsbad | MALTESE 5-8 FEDERAL COM | 14H | 6/3/2022 | Amend. Compl., Appx. A |
| 39 | New Mexico | Carlsbad | DESERT EAGLE 1/2 W0AD FED COM | 1H | 6/3/2022 | Amend. Compl., Appx. A |
| 40 | New Mexico | Carlsbad | DESERT EAGLE 1/2 W0EH FED COM | 1H | 6/3/2022 | Amend. Compl., Appx. A |
| 41 | New Mexico | Carlsbad | DESERT EAGLE 1/2 B3AD FED COM | 1H | 6/3/2022 | Amend. Compl., Appx. A |
| 42 | New Mexico | Carlsbad | SND JAVELINA UNIT 10 15 P413 | 415H | 6/3/2022 | Amend. Compl., Appx. A |
| 43 | New Mexico | Carlsbad | SALADO DRAW 10 W0NC FED COM | 3H | 6/3/2022 | Amend. Compl., Appx. A |
| 44 | New Mexico | Carlsbad | SALADO DRAW 10 W1NC FED COM | 2H | 6/3/2022 | Amend. Compl., Appx. A |
| 45 | New Mexico | Carlsbad | RIPPLE 32 FED COM | 202H | 6/3/2022 | Amend. Compl., Appx. A |

3

| Number | State | Field Office | Well Name | Well Number | Drilling Permit Approval Date | Complaint Appendix |
|---|---|---|---|---|---|---|
| 46 | New Mexico | Carlsbad | RIPPLE 32 FED COM | 204H | 6/3/2022 | Amend. Compl., Appx. A |
| 47 | New Mexico | Carlsbad | LACEY SWISS 1 FED COM | 721H | 3/4/2022 | Amend. Compl., Appx. A |
| 48 | New Mexico | Carlsbad | DIAMOND 31 FED COM | 305H | 1/26/2022 | Amend. Compl., Appx. A |
| 49 | New Mexico | Carlsbad | DIAMOND 31 FED COM | 306H | 1/26/2022 | Amend. Compl., Appx. A |
| 50 | New Mexico | Carlsbad | RIPPLE 32 FED COM | 203H | 6/3/2022 | Amend. Compl., Appx. A |
| 51 | New Mexico | Carlsbad | RIPPLE 32 FED COM | 201H | 6/3/2022 | Amend. Compl., Appx. A |
| 52 | New Mexico | Carlsbad | RIPPLE 32 FED COM | 706H | 6/3/2022 | Amend. Compl., Appx. A |
| 53 | New Mexico | Carlsbad | RIPPLE 32 FED COM | 702H | 6/3/2022 | Amend. Compl., Appx. A |
| 54 | New Mexico | Carlsbad | RIPPLE 32 FED COM | 205H | 6/3/2022 | Amend. Compl., Appx. A |
| 55 | New Mexico | Carlsbad | MONEY GRAHAM FED COM | 126Y | 10/22/2021 | Amend. Compl., Appx. A |
| 56 | New Mexico | Carlsbad | GHOST RIDER 22 15 FEDERAL COM | 401H | 4/19/2022 | Amend. Compl., Appx. A |
| 57 | New Mexico | Carlsbad | SND JAVELINA UNIT 9 16 P351 | 403H | 10/21/2021 | Amend. Compl., Appx. A |
| 58 | New Mexico | Carlsbad | RIPPLE 32 FED COM | 206H | 6/3/2022 | Amend. Compl., Appx. A |
| 59 | New Mexico | Carlsbad | RIPPLE 32 FED COM | 207H | 6/3/2022 | Amend. Compl., Appx. A |
| 60 | New Mexico | Carlsbad | RIPPLE 32 FED COM | 208H | 6/3/2022 | Amend. Compl., Appx. A |

| Number | State | Field Office | Well Name | Well Number | Drilling Permit Approval Date | Complaint Appendix |
|---|---|---|---|---|---|---|
| 61 | New Mexico | Carlsbad | RIPPLE 32 FED COM | 710H | 6/3/2022 | Amend. Compl., Appx. A |
| 62 | New Mexico | Carlsbad | RIPPLE 32 FED COM | 712H | 6/3/2022 | Amend. Compl., Appx. A |
| 63 | New Mexico | Carlsbad | RIPPLE 32 FED COM | 714H | 6/3/2022 | Amend. Compl., Appx. A |
| 64 | New Mexico | Carlsbad | RIPPLE 32 FED COM | 721H | 6/3/2022 | Amend. Compl., Appx. A |
| 65 | New Mexico | Carlsbad | RIPPLE 32 FED COM | 723H | 6/3/2022 | Amend. Compl., Appx. A |
| 66 | New Mexico | Carlsbad | RIPPLE 32 FED COM | 725H | 6/3/2022 | Amend. Compl., Appx. A |
| 67 | New Mexico | Carlsbad | RIPPLE 32 FED COM | 727H | 6/3/2022 | Amend. Compl., Appx. A |
| 68 | New Mexico | Carlsbad | RIPPLE 32 FED COM | 731H | 6/3/2022 | Amend. Compl., Appx. A |
| 69 | New Mexico | Carlsbad | RIPPLE 32 FED COM | 733H | 6/3/2022 | Amend. Compl., Appx. A |
| 70 | New Mexico | Carlsbad | RIPPLE 32 FED COM | 735H | 6/3/2022 | Amend. Compl., Appx. A |
| 71 | New Mexico | Carlsbad | RIPPLE 32 FED COM | 764H | 6/3/2022 | Amend. Compl., Appx. A |
| 72 | New Mexico | Carlsbad | RIPPLE 32 FED COM | 775H | 6/3/2022 | Amend. Compl., Appx. A |
| 73 | New Mexico | Carlsbad | SIG 6/5 B2EH FEDERAL COM | 1H | 7/22/2021 | Amend. Compl., Appx. A |
| 74 | New Mexico | Carlsbad | RIPPLE 32 FED COM | 805H | 6/3/2022 | Amend. Compl., Appx. A |
| 75 | New Mexico | Carlsbad | SND JAVELINA UNIT 10 15 P409 | 410H | 6/3/2022 | Amend. Compl., Appx. A |

5

| Number | State | Field Office | Well Name | Well Number | Drilling Permit Approval Date | Complaint Appendix |
|---|---|---|---|---|---|---|
| 76 | New Mexico | Carlsbad | WEST EUMONT UNIT | 560 | 6/3/2022 | Amend. Compl., Appx. A |
| 77 | New Mexico | Carlsbad | LLAMA MALL 26-35 FEDERAL COM | 22H | 6/3/2022 | Amend. Compl., Appx. A |
| 78 | New Mexico | Carlsbad | LLAMA MALL 26-35 FEDERAL COM | 23H | 6/3/2022 | Amend. Compl., Appx. A |
| 79 | New Mexico | Carlsbad | LLAMA MALL 26-35 FEDERAL COM | 32H | 6/3/2022 | Amend. Compl., Appx. A |
| 80 | Wyoming | Buffalo | NINE MILE | 4174-2116- 008FH | 5/17/2021 | Amend. Compl., Appx. A |
| 81 | New Mexico | Carlsbad | LLAMA MALL 26-35 FEDERAL COM | 33H | 6/3/2022 | Amend. Compl., Appx. A |
| 82 | New Mexico | Carlsbad | MACALLAN 12 1 FED ST COM 23 | 2H | 6/3/2022 | Amend. Compl., Appx. A |
| 83 | Wyoming | Buffalo | NINE MILE | 4174-2116- 005FH | 5/17/2021 | Amend. Compl., Appx. A |
| 84 | New Mexico | Carlsbad | WILD TURKEY 12 1 FED COM 24 | 002H | 6/3/2022 | Amend. Compl., Appx. A |
| 85 | New Mexico | Carlsbad | WILD TURKEY 12 1 FED COM 24 | 001H | 6/3/2022 | Amend. Compl., Appx. A |
| 86 | New Mexico | Carlsbad | WILD TURKEY 12 1 FED COM 24 | 003H | 6/3/2022 | Amend. Compl., Appx. A |
| 87 | New Mexico | Carlsbad | MACALLAN 12 1 FED ST COM 23 | 1H | 6/3/2022 | Amend. Compl., Appx. A |
| 88 | New Mexico | Carlsbad | MAKERS MARK 8 5 FED COM 27 | 002H | 6/3/2022 | Amend. Compl., Appx. A |
| 89 | New Mexico | Carlsbad | MAKERS MARK 8 5 FED COM 27 | 001H | 6/3/2022 | Amend. Compl., Appx. A |
| 90 | New Mexico | Carlsbad | MAKERS MARK 8 5 FED COM 27 | 003H | 6/3/2022 | Amend. Compl., Appx. A |

| Number | State | Field Office | Well Name | Well Number | Drilling Permit Approval Date | Complaint Appendix |
|---|---|---|---|---|---|---|
| 91 | New Mexico | Carlsbad | MAKERS MARK 8 5 FED COM 27 | 004H | 6/3/2022 | Amend. Compl., Appx. A |
| 92 | New Mexico | Carlsbad | MAKERS MARK 8 5 FED COM 27 | 005H | 6/3/2022 | Amend. Compl., Appx. A |
| 93 | New Mexico | Carlsbad | COMANCHE 25-36 FED STATE COM | 7H | 6/3/2022 | Amend. Compl., Appx. A |
| 94 | New Mexico | Carlsbad | SND JAVELINA UNIT 11 2 P417 | 420H | 6/3/2022 | Amend. Compl., Appx. A |
| 95 | Wyoming | Casper | SPILLMAN DRAW UNIT | 36-73 34-1NH | 11/15/2021 | Amend. Compl., Appx. A |
| 96 | New Mexico | Carlsbad | MALTESE 5-8 FEDERAL COM | 5H | 6/3/2022 | Amend. Compl., Appx. A |
| 97 | New Mexico | Carlsbad | LLAMA MALL 26-35 FEDERAL COM | 34H | 6/3/2022 | Amend. Compl., Appx. A |
| 98 | New Mexico | Carlsbad | LLAMA MALL 26-35 FEDERAL COM | 35H | 6/3/2022 | Amend. Compl., Appx. A |
| 99 | New Mexico | Carlsbad | LLAMA MALL 26-35 FEDERAL COM | 312H | 6/3/2022 | Amend. Compl., Appx. A |
| 100 | New Mexico | Carlsbad | SALADO DRAW 10 W1MD FED COM | 3H | 6/3/2022 | Amend. Compl., Appx. A |
| 101 | New Mexico | Carlsbad | JAVELINA UNIT | 412H | 6/3/2022 | Amend. Compl., Appx. A |
| 102 | New Mexico | Carlsbad | ROADRUNNER FEDERAL 25 OBL | 8H | 6/2/2022 | Amend. Compl., Appx. A |
| 103 | Wyoming | Casper | JUNIPER | 22W15-2NH | 6/1/2021 | Amend. Compl., Appx. A |
| 104 | New Mexico | Carlsbad | FNRU FEDERAL COM 22 23 III | 15H | 6/1/2022 | Amend. Compl., Appx. A |
| 105 | Wyoming | Casper | ASPEN | 08E20-6FH | 5/27/2021 | Amend. Compl., Appx. A |

| Number | State | Field Office | Well Name | Well Number | Drilling Permit Approval Date | Complaint Appendix |
|---|---|---|---|---|---|---|
| 106 | Wyoming | Casper | SANTANA FED | 3571-27-15-4E NH | 3/11/2021 | Amend. Compl., Appx. A |
| 107 | Wyoming | Casper | SANTANA FED | 3571-27-15-3W NH | 3/11/2021 | Amend. Compl., Appx. A |
| 108 | Wyoming | Casper | STATE | 4075-0211-003FH* | 3/3/2021 | Amend. Compl., Appx. A |
| 109 | Wyoming | Casper | OAKLEY FED | 3571-3-27-2 TH | 4/6/2021 | Amend. Compl., Appx. A |
| 110 | New Mexico | Carlsbad | ROADRUNNER FEDERAL COM 23 ILL | 5H | 6/1/2022 | Amend. Compl., Appx. A |
| 111 | New Mexico | Carlsbad | ROADRUNNER FEDERAL COM 23 PML | 6H | 6/1/2022 | Amend. Compl., Appx. A |