Travis Jordan, WSB No. 7-5721
Senior Assistant Attorney General
Wyoming Attorney General's Office
109 State Capitol
Cheyenne, Wyoming 82002
(307) 777-7895 (phone)
(307) 777-3542 (fax)
travis.jordan@wyo.gov

*Attorney for Defendant-Intervenor State of Wyoming*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. DEPARTMENT OF INTERIOR, *et al.*,<br><br>Defendants,<br><br>and<br><br>STATE OF WYOMING, *et al.*,<br><br>Defendant-Intervenors. | Case No. 1:22-cv-1716-TSC<br><br>**STATE OF WYOMING'S JOINDER IN SUPPORT OF DEFENDANT-INTERVENORS' MOTION TO SEVER AND TRANSFER** |

Pursuant to LCvR 7(a), and to avoid repetition, Defendant-Intervenor, State of Wyoming, through undersigned counsel, hereby joins the arguments presented in the Motion to Sever and Transfer (ECF No. 85), filed by Defendant-Intervenors Petroleum Association of Wyoming, Peak Powder River Resources, and Anschutz Exploration Corporation.

Submitted on this 20th day of January, 2023.

/s/ *Travis Jordan*
Travis Jordan, WSB No. 7-5721
Senior Assistant Attorney General
Wyoming Attorney General's Office
109 State Capitol
Cheyenne, Wyoming 82002
(307) 777-7895 (phone)
(307) 777-3542 (fax)
travis.jordan@wyo.gov

*Attorney for Intervenor-Defendant*
*State of Wyoming*

## CERTIFICATE OF SERVICE

I certify that on this 20th day of January 2023, I electronically filed the foregoing with the Clerk of the U.S. District Court for the District of Columbia and served all parties using the CM/ECF system.

*/s/ Travis Jordan*
Travis Jordan
