IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, et al., <br><br> Plaintiffs, <br><br> v. <br><br> U.S. DEPARTMENT OF THE INTERIOR, et al., <br><br> Defendants. | Case No. 1:22-cv-1716/tsc |

## JOINT TENTATIVE ADMINISTRATIVE RECORD SCHEDULE

Pursuant to this Court's December 28, 2022 Order (ECF No. 81), all parties have conferred and propose the following Tentative Administrative Record (AR) Schedule:

I.  Initial AR Production & Conferral Period

- **August 31, 2023**: Federal Defendants will serve the AR on Plaintiffs and Defendant-Intervenors via thumb drive or similar USB-accessible device.

- **September 29, 2023:** Objection Notification Deadline.  Deadline for Plaintiffs and Defendant-Intervenors to submit objections to the AR to Federal Defendants.  Objections to the AR may be raised earlier in the Conferral Period but will be submitted to Federal Defendants no later than the Objection Notification Deadline.   Objections must be in writing but may be submitted to counsel via email.  Objections may include requests for particular well files and specific internal BLM emails as outlined in Part III., below.

- **August 31 – October 6, 2023**:  Conferral Period.  The Parties will meet and confer regarding any objections to the AR and will attempt to resolve any disputes informally.  The parties will also confer regarding an appropriate Summary Judgement briefing schedule.  At present, the parties anticipate a framework whereby Plaintiffs will file their

1

opening briefs for summary judgment; Defendants and Defendant-Intervenors will file their Cross-Motions and Response briefs within 60-90 days; Plaintiffs will file their Response briefs within 30-60 days; and Defendants and Defendant-Intervenors will file their Reply briefs within 30-60 days.  Specific time frames and dates will be established as noted herein.

- **October 6, 2023**, 2023: Deadline for the Parties to reach agreement on any objections to the AR and determine whether Motions to Complete or Supplement the AR will be filed.

II.A.  If No AR Motion Practice is Pursued

- **November 3, 2023**:
    - Federal Defendants will (a) file a certified list of the contents of the AR with the Court in satisfaction of Local Civil Rule 7(n); and (b) certify the AR and complete the production of documents agreed to be added to the AR during the conferral period (if any).
    - The Parties will confer and file a Joint Summary Judgment Briefing Schedule no later than November 3, 2023.

II.B.  If AR Motion Practice Is Pursued

- **October 20, 2023**: Motions to Complete or Supplement the AR.
- **November 17, 2023**: Responses in Opposition to Motions to Complete or Supplement the AR.
- **December 15, 2023**: Replies in Support of Motions to Complete or Supplement the AR.
- Within **28 days** of the Court's disposition of the last AR Motion,
    - Federal Defendants will (a) file a certified list of the contents of the AR with the

        Court in satisfaction of Local Civil Rule 7(n); and (b) certify the AR and complete the production of documents ordered by the Court to be added to the AR (if any).

- The Parties will confer and file a Joint Summary Judgment Briefing Schedule no later than within 28 days of the Court's disposition of the last AR Motion.

III.  Agreements on Production of the AR

A complete administrative record consists of all documents considered by the agency, but an agency by agreement of the parties may submit less than the "whole" administrative record for purposes of judicial review.  5 U.S.C. § 706 (proving that "the court shall review the whole record or those parts of it cited by a party").  The Parties agree that well files associated with the challenged drilling permits may contain highly sensitive and proprietary information.  Therefore, the Parties agree that in compiling the AR, Federal Defendants need not include the entire well files associated with the challenged drilling permits, but instead will include Part III.D.1- Form 3160-3 with appropriate redactions (e.g. line "4. At proposed prod. zone"); Part III.D.5- Bonding; and Part III.F.3- Conditions of Approval.

The Parties also agree that email correspondence internal to the Bureau of Land Management ("BLM") is not properly part of the AR unless the email contains evidence considered by the BLM in its decision-making process that is not otherwise found in the AR. Federal Defendants maintain that such emails may not exist, but if they do exist, are likely to be so few in number that the time, money, and effort required to review BLM's internal email correspondence and identify such emails is prohibitive and not in the best interest of efficiently resolving this litigation.  Therefore, the Parties agree that Federal Defendants need not affirmatively collect and review internal BLM email correspondence.

Pursuant to the process outlined in Part I., above, Plaintiffs and Defendant-Intervenors

reserve the right to request supplementation of the AR with any particular well files or specific internal BLM email correspondence identified by the December 1, 2023 Objection Notification Deadline. Plaintiffs and Defendant-Intervenors will identify in writing any such email(s) by sender, recipient, date sent, email subject, or other specific criteria reasonably necessary to identify the requested email(s). Federal Defendants agree that nothing in this Joint Tentative Administrative Record Schedule is intended to bar Plaintiffs and Defendant-Intervenors from later seeking to include particular well files or specific internal BLM email correspondence in the AR, and Plaintiffs and Defendant-Intervenors agree that by reserving such rights, they do not intend to request that BLM later conduct a comprehensive collection and review of its internal email correspondence. The Parties agree to work in good faith during the Conferral Period to resolve any such requests and amend this schedule if necessary.

In accordance with the Court's December 28, 2022 Order (ECF No. 81), the parties will submit a Supplemental Joint Report confirming or, if necessary, updating this Tentative AR Schedule within 14 days of the Court's disposition of the last motion to dismiss, for judgment on the pleadings, or for severance and/or transfer if any claims remain in this Court.

Respectfully submitted February 3, 2023.

> Todd Kim
> Assistant Attorney General
> Environment and Natural Resources Division
> United States Department of Justice
>
> */s/ Michael K. Robertson*
> Michael K. Robertson
> Trial Attorney
> Natural Resources Section
> P.O. Box 7611
> Washington, D.C. 20044
> Phone: 202-353-1389 || Fax 202-305-0506
> michael.robertson@usdoj.gov

*Counsel for Defendants*


*/s/ Tannis Fox*
Tannis Fox
D.D.C. Bar No. NM010
WESTERN ENVIRONMENTAL LAW CENTER
409 East Palace Avenue, Suite 2
Santa Fe, New Mexico 87501
(505) 629-0732
fox@westernlaw.org

*Attorneys for Plaintiffs Center for Biological Diversity, WildEarth Guardians, Concerned Citizens for the Future, and New Mexico Interfaith Power and Light*


*/s/ Travis Jordan*
Travis Jordan, WSB No. 7-5721
Senior Assistant Attorney General
Wyoming Attorney General's Office
109 State Capitol
Cheyenne, Wyoming 82002
(307) 777-7895 (phone)
travis.jordan@wyo.gov

*Attorney for Intervenor-Defendant State of Wyoming*


*/s/ Andrew C. Emrich*
HOLLAND & HART, LLP
Thomas L. Sansonetti (D.C. Bar #949610)
Andrew C. Emrich (Pro hac vice)
 555 17th Street, Suite 3200
Denver, CO 80202
TLSansonetti@hollandhart.com
ACEmrich@hollandhart.com
Tel: (303) 295-8000

Bryson C. Smith (D.C. Bar #1025120)
645 S. Cache St, Suite 100
P.O. Box 68
Jackson, WY
BCSmith@hollandhart.com

5

Tel: (307) 739-9741

*Attorneys for Intervenor-Defendant*
*Peak Powder River Resources, LLC*


/s/ Andrew C. Lillie
Andrew C. Lillie
Mark D. Gibson
Holland & Hart LLP
555 17th Street, Suite 3200
Denver, CO 80202
Telephone: (303) 295-8121
aclillie@hollandhart.com
mdgibson@hollandhart.com

*Attorneys for Intervenor–Defendant*
*Anschutz Exploration Corporation*


/s/ Catherine E. Stetson
Catherine E. Stetson (D.C. Bar #453221)
Sean Marotta (D.C. Bar #1006494)
Dana A. Raphael (D.C. Bar #1741559)
HOGAN LOVELLS US LLP
555 Thirteenth Street, N.W.
Washington, D.C. 20004
Telephone: (202) 637-5491
cate.stetson@hoganlovells.com
sean.marotta@hoganlovells.com
dana.raphael@hoganlovells.com

Nikesh Jindal (D.C. Bar #492008)
Charles J. Engel, III (D.C. Bar #359482)
Ani Esenyan (D.C. Bar #1670956)
KING & SPALDING LLP
1700 Pennsylvania Avenue NW
Washington, D.C. 20006
Telephone: (202) 737-0500
Facsimile: (202) 626-3737
tengel@kslaw.com
njindal@kslaw.com
aesenyan@kslaw.com

Hadassah M. Reimer (D.D.C. #WY002)
HOLLAND & HART LLP

6

P.O. Box 68
Jackson, WY 83001
Telephone: (307) 734-4517
Fax: (307) 739-9544
hmreimer@hollandhart.com

Sarah C. Bordelon (D.C. Bar #987135)
HOLLAND & HART LLP
5441 Kietzke Lane, Suite 200
Reno, NV 89511
Telephone: (775) 327-3011
Fax: (775) 786-6179
scbordelon@hollandhart.com

*Attorneys for Intervenor-Defendant*
*Chevron U.S.A. Inc.*


*/s/ Eric Waeckerlin*
Eric Waeckerlin, D.C. Bar No. 977228
BROWNSTEIN HYATT FARBER SCHRECK, LLP
410 17th Street, Suite 2200
Denver, CO 80202
Telephone: 303.223.1100
Fax: 303.223.1111
Email: ewaeckerlin@bhfs.com

Affie Ellis, pro hac vice
BROWNSTEIN HYATT FARBER SCHRECK, LLP
1807 Capitol Avenue, Suite 203
Cheyenne, WY 82001
Telephone: 307.263.1327
E-Mail: aellis@bhfs.com

*Attorneys for Intervenor-Defendant*
*Petroleum Association of Wyoming*


*/s/ Daniel S. Volchok*
DANIEL S. VOLCHOK (#497341)
WILMER CUTLER PICKERING
 HALE AND DORR LLP
1875 Pennsylvania Avenue N.W.
Washington, D.C. 20006

Tel.: (202) 663-6000
Fax: (202) 663-6363

JOHN WALSH (#CO0074)
WILMER CUTLER PICKERING
 HALE AND DORR LLP
1225 Seventeenth Street, Suite 2600
Denver, CO 80209
Tel.: (720) 274-3135
Fax: (720) 274-3133

*Attorneys for Defendant-Intervenors Oxy USA WTP LP, Oxy USA Inc., and Anadarko E&P Onshore LLC*


*/s/ Mark Champoux*
Kathleen C. Schroder (pro hac vice)
DAVIS GRAHAM & STUBBS LLP
1550 Seventeenth St., Suite 500
Denver, Colorado 80202
Telephone: 303-892-9400
katie.schroder@dgslaw.com
mark.champoux@dgslaw.com

John Crisham, Bar No. 486491
CRISHAM & HOLMAN LLC
2549 West Main Street, Suite 202
Littleton, Colorado 80120
Telephone: 720-739-2175

*Attorneys for Franklin Mountain Energy, LLC*


*/s/ Bret Sumner*
Bret Sumner (DC Bar # 464494)
bsumner@bwenergylaw.com
Jim Martin, Pro Hac Vice
jmartin@bwenergylaw.com
Malinda Morain, Pro Hac Vice
mmorain@bwenergylaw.com
BEATTY & WOZNIAK, P.C.
1675 Broadway St., Suite 600
Denver, CO 80202
Telephone: 303-407-4499
Fax: 800-886-6566

*Attorneys for Defendant-Intervenor New Mexico Oil and Gas Association*

<u>*/s/ Steven J. Rosenbaum*</u>
Steven J. Rosenbaum
Bradley K. Ervin
COVINGTON & BURLING, LLP
One CityCenter
850 Tenth St., N.W.
Washington, D.C. 20001
Phone: (202) 662-6000
Fax: (202) 662-6291
srosenbaum@cov.com

*Attorneys for Intervenor-Defendant American Petroleum Institute*

<u>Certificate of Service</u>

I certify that on February 3, 2023, a copy of the foregoing was served by electronic means on all counsel of record by the Court's CM/ECF system.

<u>*/s/ Michael K. Robertson*</u>

9