**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, et al., | ) | |
| | ) | Case No. 1:22-cv-1716/tsc |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| U.S. DEPARTMENT OF THE INTERIOR, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**FIRST AMENDED JOINT TENTATIVE ADMINISTRATIVE RECORD SCHEDULE**

Pursuant to this Court's December 28, 2022 Order (ECF No. 81) and the parties' Joint Tentative Administrative Record Schedule (ECF No. 88), all parties provide the following First Amended Joint Tentative Administrative Record Schedule.

Federal Defendants have completed the compilation of the Tentative Administrative Record (AR) for the relevant Wyoming Applications for Permits to Drill (APDs). During the course of compiling the AR, however, Federal Defendants identified certain discrepancies in the compilation of the AR for the relevant New Mexico APDs. In an effort to maintain the current schedule as much as possible and also allow Federal Defendants the opportunity to resolve those discrepancies so as to reduce the potential for future dispute, all parties have conferred and submit the following First Amended Tentative Administrative Record (AR) Schedule:

I. Initial AR Production & Conferral Period

- **August 31, 2023**: Federal Defendants will serve the Wyoming AR on Plaintiffs and Defendant-Intervenors via thumb drive or similar USB-accessible device.

- **September 28**: Federal Defendants will serve the New Mexico AR on Plaintiffs and Defendant-Intervenors via thumb drive or similar USB-accessible device.

- **October 20, 2023:**  Objection Notification Deadline.  Deadline for Plaintiffs and Defendant-Intervenors to submit objections to the AR to Federal Defendants.  Objections to the AR may be raised earlier in the Conferral Period but will be submitted to Federal Defendants no later than the Objection Notification Deadline.   Objections must be in writing but may be submitted to counsel via email.  Objections may include requests for particular well files and specific internal BLM emails as outlined in Part III., below.

- **August 31 – October 27, 2023**:  Conferral Period.  The Parties will meet and confer regarding any objections to the AR and will attempt to resolve any disputes informally.  The parties will also confer regarding an appropriate Summary Judgement briefing schedule.  At present, the parties anticipate a framework whereby Plaintiffs will file their opening briefs for summary judgment; Defendants and Defendant-Intervenors will file their Cross-Motions and Response briefs within 60-90 days; Plaintiffs will file their Response briefs within 30-60 days; and Defendants and Defendant-Intervenors will file their Reply briefs within 30-60 days.  Specific time frames and dates will be established as noted herein.

- **October 27, 2023**, 2023: Deadline for the Parties to reach agreement on any objections to the AR and determine whether Motions to Complete or Supplement the AR will be filed.

## II.A.  If No AR Motion Practice is Pursued

- **November 17, 2023**:

  - Federal Defendants will (a) file a certified list of the contents of the AR with the Court in satisfaction of Local Civil Rule 7(n); and (b) certify the AR and complete the production of documents agreed to be added to the AR during the conferral

period (if any).

  o   The Parties will confer and file a Joint Summary Judgment Briefing Schedule no
      later than November 17, 2023.

II.B.  If AR Motion Practice Is Pursued

- **November 10, 2023**: Motions to Complete or Supplement the AR.

- **December 1, 2023**: Responses in Opposition to Motions to Complete or Supplement the
  AR.

- **December 15, 2023**: Replies in Support of Motions to Complete or Supplement the AR.

- Within **28 days** of the Court's disposition of the last AR Motion,

  o   Federal Defendants will (a) file a certified list of the contents of the AR with the
      Court in satisfaction of Local Civil Rule 7(n); and (b) certify the AR and complete
      the production of documents ordered by the Court to be added to the AR (if any).

  o   The Parties will confer and file a Joint Summary Judgment Briefing Schedule no
      later than within 28 days of the Court's disposition of the last AR Motion.

III.  Agreements on Production of the AR

All agreements on production of the AR contained in the parties' February 3, 2023 Joint
Tentative Administrative Record Schedule (ECF No. 88) remain unchanged.

In accordance with the Court's December 28, 2022 Order (ECF No. 81), the parties will
submit a Supplemental Joint Report confirming or, if necessary, updating this First Amended
Joint Tentative AR Schedule within 14 days of the Court's disposition of the last motion to
dismiss, for judgment on the pleadings, or for severance and/or transfer if any claims remain in
this Court.

Respectfully submitted August 25, 2023.

Todd Kim
Assistant Attorney General
Environment and Natural Resources Division
United States Department of Justice

*/s/ Michael K. Robertson*
Michael K. Robertson
Trial Attorney
Natural Resources Section
P.O. Box 7611
Washington, D.C. 20044
Phone: 202-353-1389 || Fax 202-305-0506
michael.robertson@usdoj.gov

*Counsel for Defendants*


*/s/ Tannis Fox*
Tannis Fox
D.D.C. Bar No. NM010
WESTERN ENVIRONMENTAL LAW CENTER
409 East Palace Avenue, Suite 2
Santa Fe, New Mexico 87501
(505) 629-0732
fox@westernlaw.org

*Attorneys for Plaintiffs Center for Biological
Diversity, WildEarth Guardians, Concerned
Citizens for the Future, and New Mexico Interfaith
Power and Light*


*/s/ Travis Jordan*
Travis Jordan, WSB No. 7-5721
Senior Assistant Attorney General
Wyoming Attorney General's Office
109 State Capitol
Cheyenne, Wyoming 82002
(307) 777-7895 (phone)
travis.jordan@wyo.gov

*Attorney for Intervenor-Defendant
State of Wyoming*

4

/s/ Thomas L. Sansonetti
HOLLAND & HART, LLP
Thomas L. Sansonetti (D.C. Bar #949610)
Andrew C. Emrich (Pro hac vice)
 555 17th Street, Suite 3200
Denver, CO 80202
TLSansonetti@hollandhart.com
ACEmrich@hollandhart.com
Tel: (303) 295-8000

Bryson C. Smith (D.C. Bar #1025120)
645 S. Cache St, Suite 100
P.O. Box 68
Jackson, WY
BCSmith@hollandhart.com
Tel: (307) 739-9741

*Attorneys for Intervenor-Defendant*
*Peak Powder River Resources, LLC*


/s/ Andrew C. Lillie
Andrew C. Lillie
Mark D. Gibson
Holland & Hart LLP
555 17th Street, Suite 3200
Denver, CO 80202
Telephone: (303) 295-8121
aclillie@hollandhart.com
mdgibson@hollandhart.com

*Attorneys for Intervenor–Defendant*
*Anschutz Exploration Corporation*


/s/ Sean Marotta
Catherine E. Stetson (D.C. Bar #453221)
Sean Marotta (D.C. Bar #1006494)
Dana A. Raphael (D.C. Bar #1741559)
HOGAN LOVELLS US LLP
555 Thirteenth Street, N.W.
Washington, D.C. 20004
Telephone: (202) 637-5491
cate.stetson@hoganlovells.com
sean.marotta@hoganlovells.com
dana.raphael@hoganlovells.com

Nikesh Jindal (D.C. Bar #492008)
Charles J. Engel, III (D.C. Bar #359482)
Ani Esenyan (D.C. Bar #1670956)
KING & SPALDING LLP
1700 Pennsylvania Avenue NW
Washington, D.C. 20006
Telephone: (202) 737-0500
Facsimile: (202) 626-3737
tengel@kslaw.com
njindal@kslaw.com
aesenyan@kslaw.com

Hadassah M. Reimer (D.D.C. #WY002)
HOLLAND & HART LLP
P.O. Box 68
Jackson, WY 83001
Telephone: (307) 734-4517
Fax: (307) 739-9544
hmreimer@hollandhart.com

Sarah C. Bordelon (D.C. Bar #987135)
HOLLAND & HART LLP
5441 Kietzke Lane, Suite 200
Reno, NV 89511
Telephone: (775) 327-3011
Fax: (775) 786-6179
scbordelon@hollandhart.com

*Attorneys for Intervenor-Defendant*
*Chevron U.S.A. Inc.*


*/s/ Affie Ellis*
Eric Waeckerlin, D.C. Bar No. 977228
BROWNSTEIN HYATT FARBER SCHRECK,
LLP
410 17th Street, Suite 2200
Denver, CO 80202
Telephone: 303.223.1100
Fax: 303.223.1111
Email: ewaeckerlin@bhfs.com

Affie Ellis, pro hac vice
BROWNSTEIN HYATT FARBER SCHRECK,
LLP

6

1807 Capitol Avenue, Suite 203
Cheyenne, WY 82001
Telephone: 307.263.1327
E-Mail: aellis@bhfs.com

*Attorneys for Intervenor-Defendant*
*Petroleum Association of Wyoming*


*/s/ Daniel S. Volchok*
DANIEL S. VOLCHOK (#497341)
WILMER CUTLER PICKERING
 HALE AND DORR LLP
1875 Pennsylvania Avenue N.W.
Washington, D.C. 20006
Tel.: (202) 663-6000
Fax: (202) 663-6363

JOHN WALSH (#CO0074)
WILMER CUTLER PICKERING
 HALE AND DORR LLP
1225 Seventeenth Street, Suite 2600
Denver, CO 80209
Tel.: (720) 274-3135
Fax: (720) 274-3133

*Attorneys for Defendant-Intervenors Oxy USA WTP*
*LP, Oxy USA Inc., & Anadarko E&P Onshore LLC*


*/s/ Kathleen C. Schroder*
Kathleen C. Schroder (pro hac vice)
DAVIS GRAHAM & STUBBS LLP
1550 Seventeenth St., Suite 500
Denver, Colorado 80202
Telephone: 303-892-9400
katie.schroder@dgslaw.com
mark.champoux@dgslaw.com

John Crisham, Bar No. 486491
CRISHAM & HOLMAN LLC
2549 West Main Street, Suite 202
Littleton, Colorado 80120
Telephone: 720-739-2175

*Attorneys for Franklin Mountain Energy, LLC*

7

/s/ Bret Sumner
Bret Sumner (DC Bar # 464494)
bsumner@bwenergylaw.com
Jim Martin, Pro Hac Vice
jmartin@bwenergylaw.com
Malinda Morain, Pro Hac Vice
mmorain@bwenergylaw.com
BEATTY & WOZNIAK, P.C.
1675 Broadway St., Suite 600
Denver, CO 80202
Telephone: 303-407-4499
Fax: 800-886-6566

*Attorneys for Defendant-Intervenor New Mexico Oil and Gas Association*

/s/ Bradley Ervin
Steven J. Rosenbaum
Bradley K. Ervin
COVINGTON & BURLING, LLP
One CityCenter
850 Tenth St., N.W.
Washington, D.C. 20001
Phone: (202) 662-6000
Fax: (202) 662-6291
srosenbaum@cov.com

*Attorneys for Intervenor-Defendant American Petroleum Institute*

Certificate of Service

I certify that on August 25, 2023, a copy of the foregoing was served by electronic means on all counsel of record by the Court's CM/ECF system.

/s/ Michael K. Robertson

8